UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON JOSEPH CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>NAPHCARE MEDICAL, SPOKANE COUNTY JAIL, and NURSE JANE DOE,<br><br>Defendants. | No. 2:19-cv-00029-SMJ<br><br>**ORDER DISMISSING ACTION** |

By order filed April 22, 2019, the Court directed Plaintiff Aaron Joseph Cunningham to comply with 28 U.S.C. § 1915(a)(2), which requires a prisoner seeking to bring a civil action without prepayment of the filing fee to submit a certified copy of his trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the complaint. ECF No. 7. In the alternative, the Court instructed Plaintiff to pay the $400.00 fee (a $350.00 filing fee plus a $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914. *Id.*

Mail sent to Plaintiff at the Spokane County Jail was returned as

ORDER DISMISSING ACTION - 1

undeliverable on April 29, 2019, with the notation "Not in Jail." ECF No. 8. Plaintiff has not kept the Court apprised of his current address and has filed nothing further in this action. Therefore, **IT IS ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 24th day of June 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION - 2